UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALI MOORE,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

24-CV-6635 (LTS)

ORDER GRANTING EXTENSION
OF TIME TO PAY THE FEES

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brings this action *pro se*. By order dated September 10, 2024, the Court directed Plaintiff, within 30 days of the date of that order, to pay the $405.00 in fees to initiate this action or to submit an *in forma pauperis* ("IFP") application. On October 2, 2024, Plaintiff filed a motion to amend his complaint and an amended complaint. (ECF 6-7.) The following day, Plaintiff filed a "motion for an extension of deadlines," noting that he currently must meet deadlines between the dates of October 1, 2024, and October 5, 2024, and would like those deadlines to be extended to October 10, 2024. (ECF 5.) On October 21, 2024, Plaintiff filed a motion seeking to stay the proceedings. (ECF 8.)

    Plaintiff currently has one deadline in this action – to pay the fees or submit an IFP application. In light of Plaintiff's motion seeking to extend the time to meet his deadlines, the Court extends the time to pay the fees or to file an IFP application to **November 1, 2024**. An IFP application is attached to this order.

    The Clerk of Clerk is directed to terminate the motions at ECF 5-6 and ECF 8 because the motions are moot.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: October 25, 2024
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge