UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALI MOORE,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

24-CV-6635 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brings this action *pro se*. He filed his complaint on August 26, 2024, without payment of the $405.00 in fees or a request to waive the fees. The Court therefore directed Plaintiff, in two separate orders dated September 10, 2024, and October 25, 2024, to pay the fees or submit an *in forma pauperis* ("IFP") application. (*See* ECF 3, 9.) In both orders, the Court warned Plaintiff that, if he did not pay the fees or submit an IFP application, the Court would dismiss the action without prejudice. Plaintiff did not comply with the orders, and on November 15, 2024, the Court dismissed the action. On November 19, 2024, Plaintiff submitted a letter indicating that he did not receive from the court the IFP application in time to meet the deadline set in the October 25, 2024 order; he did not, however, submit an IFP application with his November 19, 2024 letter.

    As Plaintiff still has not submitted an IFP application or paid the fees, the Court declines to treat the November 19, 2024 letter as a motion for reconsideration of the Court's order of dismissal. This action is closed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates

good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   November 21, 2024
            New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge