UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALI MOORE,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

24-CV-6635 (LTS)

ORDER

LAURA TAYLOR SWAIN, United States District Judge:

      Plaintiff filed this action *pro se*. On November 15, 2024, the Court dismissed the action because Plaintiff did not pay the fees or submit an application to proceed *in forma pauperis* ("IFP"). On December 16, 2024, Plaintiff filed a motion for reconsideration and an IFP application. Because Plaintiff has submitted an IFP application, the Court (1) grants the motion for reconsideration (ECF 15) and (2) directs the Clerk of Court to vacate the order of dismissal and the civil judgment (ECF 10-11) and reopen this action. A ruling on Plaintiff's IFP application shall be issued by separate order.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  February 18, 2025
         New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                      Chief United States District Judge